UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KATHRYN DIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.    19-cv-10080-DPH-APP |
| | ) |
| RUSSO CANADA, INC., RUSSO CANADA ULC, RUSSO CANADA ULC, DBA RCT and UNKNOWN DRIVER, | ) ) ) ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| ALAN L. LATHAM, P77559<br>RENEE C. GRUBER, P79442<br>LATHAM LAW, PLLC<br>346 Park Street, Suite 130<br>Birmingham, Michigan 48009<br>(248) 210-4735<br>alatham@lathamlawgroup.com<br>rgruber@lathamlawgroup.com | ANDREW P. RICE, P79302<br>SANCHEZ DANIELS & HOFFMAN<br>333 West Wacker Drive, Suite 500<br>Chicago, Illinois  60606<br>(312) 641-1555<br>arice@sanchezdh.com |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, KATHRYN DIAZ and Defendants, RUSSO CANADA, ULC and RUSSO CANADA, ULC, DBA RCT, hereto, through their respective attorneys, that the above-entitled cause be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action between the Plaintiff, KATHRYN DIAZ and Defendants, RUSSO CANADA, ULC and RUSSO CANADA, ULC, DBA RCT were brought having been fully compromised, settled and adjourned.

        Respectfully submitted,

By: **/s/ Andrew P. Rice, P79302**
    One of the Attorneys for Defendants,
    Russo Canada ULC and Russo Canada ULC,
    DBA RCT

By: **/s/ Alan L. Latham (w/ consent 01/28/20)**
    One of the Attorneys for Plaintiff,
    Kathryn Diaz

Andrew P. Rice, P79302
**SANCHEZ DANIELS & HOFFMAN LLP**
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
(312) 641-1555
arice@sanchezdh.com

F:\DATA\HISTORY\AQS\076385-Diaz\settlement\stip to dismiss jan 24, 20.docx