UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| KATHRYN DIAZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   19-cv-10080-DPH-APP |
| | ) | |
| RUSSO CANADA, INC., RUSSO CANADA ULC, RUSSO CANADA ULC, DBA RCT and UNKNOWN DRIVER, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| ALAN L. LATHAM, P77559<br>RENEE C. GRUBER, P79442<br>LATHAM LAW, PLLC<br>346 Park Street, Suite 130<br>Birmingham, Michigan 48009<br>(248) 210-4735<br>alatham@lathamlawgroup.com<br>rgruber@lathamlawgroup.com | ANDREW P. RICE, P79302<br>SANCHEZ DANIELS & HOFFMAN<br>333 West Wacker Drive, Suite 500<br>Chicago, Illinois  60606<br>(312) 641-1555<br>arice@sanchezdh.com |

## ORDER OF DISMISSAL

THIS CAUSE COMING with prejudice, pursuant to Stipulation, all matters in controversy having been compromised and settled by and between the parties, Plaintiff, KATHRYN DIAZ and Defendants, RUSSO CANADA ULC and RUSSO CANADA ULC, DBA RCT and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT this matter is dismissed, with prejudice, pursuant to Stipulation and without costs; all matters between these parties only, having been compromised and settled.

Dated:  January 31, 2020          s/Denise Page Hood
                                  United States District Court Judge